UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendants,<br><br>SODA MOUNTAIN WILDERNESS COUNCIL, *et al.*,<br><br>　　　　Defendant-Intervenors. | Civil Case No. 17-441 (RJL) |

**FILED**
NOV 2 2 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER
(November 22, 2019) [Dkt. ## 60, 61, 66]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for Summary Judgment [Dkt. # 61] is **GRANTED**; it is further

**DECLARED** that Proclamation 9564, 82 Fed. Reg. 6145 (Jan. 18, 2017), violates the Oregon and California Railroad and Coos Bay Wagon Road Grant Lands Act of 1937 ("O&C Act"), 43 U.S.C. § 2601 *et seq.*, by reserving land governed by the O&C Act from sustained yield timber production, and that Proclamation 9564 is invalid and unenforceable as applied to land subject to the O&C Act; it is further

**ORDERED** that the federal defendants' Cross-Motion for Summary Judgment [Dkt. # 60] is **DENIED**; and it is further

**ORDERED** that defendant-intervenors' Cross-Motion for Summary Judgment [Dkt. # 66] is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge