JEAN E. WILLIAMS, Deputy Assistant Attorney General
COBY HOWELL, Senior Trial Attorney
JACQUELINE M. LEONARD, Trial Attorney
Wildlife & Marine Resources Section
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, OR 97204-2902
(503) 727-1023 (Tel.); (503) 727-1117 (Fax)
Email: Coby.howell@usdoj.gov
         Jacqueline.leonard@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, BUREAU OF LAND MANAGEMENT, PRESIDENT OF THE UNITED STATES, SECRETARY OF THE INTERIOR, <br><br> Defendants, <br><br> and <br><br> SODA MOUNTAIN WILDERNESS COUNCIL, KLAMATH-SISKIYOU WILDLANDS CENTER, and OREGON WILD, <br><br> Defendant-Intervenors. | No. 1:17-cv-441-RJL |

# NOTICE OF APPEAL

Please take notice that the United States of America, Bureau of Land Management, President of the United States of America, and Secretary of the Interior (collectively, "Federal Defendants") appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's November 22, 2019 Memorandum Opinion, ECF No. 75; its Order of the same date granting Plaintiff's motion for summary judgment, denying Federal Defendants' cross-motion for summary judgment, and ordering further relief, ECF No. 76; and all interlocutory orders incorporated therein.

Respectfully submitted this 17th day of January, 2020.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources
Division
U.S. Department of Justice

*/s/ Jacqueline Leonard*
JACQUELINE LEONARD
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0493
jacqueline.leonard@usdoj.gov

COBY HOWELL
Senior Trial Attorney
Wildlife and Marine Resources Section
1000 SW Third Ave., Suite 600
Portland, OR 97204-2024
Tel: (503) 727-1023

Fax: (503) 727-1118
coby.howell@usdoj.gov

**Certificate of Service & Compliance**

  I hereby certify that on January 17, 2020, a copy of the foregoing was served by electronic means on all counsel of record by filing it in the Court's CMS/ECF system.

             */s/ Jacqueline Leonard*
             Jacqueline Leonard