# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5008**  **September Term, 2019**

**1:17-cv-00441-RJL**

**Filed On: May 1, 2020**

American Forest Resource Council,

        Appellee

    v.

United States of America, et al.,

        Appellees

Soda Mountain Wilderness Council, et al.,

        Appellants

------------------------------

Consolidated with 20-5009

      **BEFORE:**    Griffith, Pillard, and Wilkins, Circuit Judges

## O R D E R

      Upon consideration of the motion to hold these consolidated appeals in abeyance, the oppositions thereto, the reply, the notice of relevant information, and the response thereto, it is

      **ORDERED** that the consolidated appeals be held in abeyance pending further order of the court.  The parties are directed to file status updates at 60-day intervals beginning 60 days from the date of this order, and to file motions to govern further proceedings once the district court has issued final decisions in all of the following cases: Swanson Grp. Mfg. LLC v. Bernhardt, No. 15-cv-1419 (D.D.C.), Am. Forest Res. Council v. Pendley, No. 16-cv-1599 (D.D.C.), and Ass'n of O&C Counties v. Pendley, No. 16-cv-1602 (D.D.C.).  The Clerk is directed to transmit a copy of this order to the district court.

### Per Curiam

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

              BY:    /s/
                         Manuel J. Castro
                         Deputy Clerk